UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AARON MORROW, | Case No. 14-CV-3023 (PJS/BRT) |
| Petitioner, | |
| v. | ORDER |
| KENT GRANDLIENARD, | |
| Respondent. | |

Aaron Morrow, pro se.

Peter R. Marker, RAMSEY COUNTY ATTORNEY'S OFFICE, for respondent.

On September 26, 2010, petitioner Aaron Morrow repeatedly fired a semiautomatic AK-47 at three men, killing one and injuring another. *State v. Morrow*, 834 N.W.2d 715, 719 (Minn. 2013). He was later convicted by a state-court jury of first-degree premeditated murder, attempted first-degree premeditated murder, and several other counts related to the shooting. *Id.* at 720. Morrow appealed his convictions, and the Minnesota Supreme Court affirmed. *Id.* at 730.

Morrow then brought this petition under 28 U.S.C. § 2254. This matter is before the Court on Morrow's objection to Magistrate Judge Becky R. Thorson's February 10, 2015 Report and Recommendation ("R&R"). Judge Thorson recommends that Morrow's § 2254 petition be denied, Morrow's motion to amend his petition be denied

as moot, Morrow's motion for default judgment be denied, and the State's motion to dismiss be granted. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court agrees with Judge Thorson's analysis and adopts her R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES petitioner's objection [ECF No. 29] and ADOPTS the February 10, 2015 R&R [ECF No. 24]. IT IS HEREBY ORDERED THAT:

1. Petitioner's 28 U.S.C. § 2254 petition is DENIED.

2. Respondent's motion to dismiss the petition [ECF No. 11] is GRANTED.

3. Petitioner's motion to amend his petition [ECF No. 21] is DENIED AS MOOT.

4. Petitioner's motion for default judgment [ECF No. 22] is DENIED.

5. No certificate of appealability will issue.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 20, 2015       s/Patrick J. Schiltz
                            Patrick J. Schiltz
                            United States District Judge